IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SHAINNA BERNARD, *et al.*, | ) | CASE NO. 1:21-CV-01103 |
| | ) | |
| Plaintiffs, | ) | JUDGE J. PHILIP CALABRESE |
| | ) | |
| v. | ) | |
| | ) | **MOTION TO WITHDRAW AS** |
| CITY OF CLEVELAND, *et al.*, | ) | **COUNSEL FOR TWENTY-ONE** |
| | ) | **OFFICER DEFENDANTS** |
| Defendants. | ) | |

Luke D. Mahoney (0075663) provides Notice of his need to withdraw as counsel for Defendants Officer Blue, Officer Boyd, Captain Michael Butler, Officer Collins, Officer William Dwualt, Commander Gingell, Officer Stephanie Hunter, Officer Januszewski, Sergeant Kinas, Officer Laird, Officer Little, Officer Mangan, Officer Mooney, Officer Munson, District Commander O'Neil, Officer Onofrei, Officer Timothy Patton, Officer Pavlik, Sergeant Ryan, Officer David Sims, and Officer Smith, (collectively referred to as the "City Officer Defendants"), **in this matter and respectfully** and moves this Honorable Court pursuant to Local Rule 83.9 for leave to withdraw as counsel for said Officer Defendants. The undersigned counsel has resigned from his employment with the City of Cleveland Department of Law. The Officer Defendants consent to the undersigned's withdraw as counsel in this matter. Attorneys Ellena N. Boop, Craig J. Morice, and Amy K. Hough will <u>continue</u> to represent said Officer Defendants in this matter. Officer Defendants request that the Court direct the Clerk to remove Mr. Mahoney from the e-filing service list in this matter.

                                                                               Respectfully submitted,

                                                                               BARBARA A. LANGHENRY (0038838)
                                                                               Director of Law

                                      By:    */s/ Luke D. Mahoney*
                                                            LUKE D. MAHONEY (00075663)

1

Assistant Director of Law
City of Cleveland Department of Law
601 Lakeside Avenue, Room 106
Cleveland, Ohio 44114-1077
Tel: (216) 664-3601
Email: lmahoney@clevelandohio.gov
*One of the Attorneys for the Officer Defendants*

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing *Motion and Notice to Withdrawal as Counsel* was filed electronically on November 2, 2021. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may also access this filing through the Court's system.

*/s/ Luke D. Mahoney*
Luke D. Mahoney (0075663)
*One of the Attorneys for the Officer Defendants*